UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE


<u>United States of America</u>

    v.                         Criminal No. 13-cr-11/01-JL

<u>Stephen J. Drohan</u>


**O R D E R**

As I was a junior high school and high school classmate of the defendant, I recuse myself from this case. The clerk shall assign the case to a different judge.

    **SO ORDERED.**

                                           _/s/ Joe Laplante_
                                           Joseph N. Laplante
                                           United States District Judge

Dated: March 21, 2013

cc:  Arnold H. Huftalen, AUSA
      Simon R. Brown, Esq.